No. 87–5852.   SALEEM ET AL. *v.* EVANS ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 87–5878.   GRAHAM *v.* WILSON, SUPERINTENDENT, CENTENNIAL CORRECTIONAL FACILITY, ET AL.   C. A. 10th Cir. Certiorari denied.

No. 87–5891.   SLATER ET UX. *v.* DELAWARE TRUST CO. ET AL. C. A. 3d Cir.   Certiorari denied.

No. 87–5923.   WOLFEL *v.* HOLBROOK.   C. A. 6th Cir.   Certiorari denied.

No. 87–5935.   EVERETT *v.* UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 87–5937.   SIMS *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 87–5945.   EBERHARDT *v.* GEORGIA.   Sup. Ct. Ga.   Certiorari denied.

No. 87–5947.   DAVIS *v.* UNITED STATES.   C. A. 3d Cir.   Certiorari denied.

No. 87–5961.   LATSHAW *v.* FELDER ET AL.   Sup. Ct. Pa. Certiorari denied.

No. 87–5966.   CAMARATA *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 87–5975.   HOWES *v.* UNITED STATES.   C. A. 11th Cir. Certiorari denied.

No. 87–5996.   DAVIS *v.* BOWEN, SECRETARY OF HEALTH AND HUMAN SERVICES, ET AL.   C. A. 4th Cir.   Certiorari denied.

No. 87–6001.   BASCARO *v.* UNITED STATES DEPARTMENT OF JUSTICE.   C. A. 11th Cir.   Certiorari denied.

No. 87–6013.   WARD *v.* UNITED STATES PAROLE COMMISSION ET AL.   C. A. 7th Cir.   Certiorari denied.

No. 87–6020.   PORTER *v.* UNITED STATES.   C. A. 8th Cir. Certiorari denied.